

FILED
CLERK, U.S. DISTRICT COURT
MAR - 3 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FELIPPO GAUDENZI,<br>Defendant. | Case No. 22-MJ-992<br><br>ORDER OF DETENTION |

I.

On March 3, 2023, Defendant, assisted by a Romanian language interpreter, made his initial appearance on the criminal complaint filed in this matter. Kristen Richards, a member of the Indigent Defense Panel, was appointed to represent Defendant. Defendant submitted on the Pretrial Services Officer's recommendation of detention.

☐  On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒  On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ legal status in the United States unknown
- ☒ Lack of bail resources
- ☒ Unverified background information including residence, employment, and family ties to Central District of California
- ☒ possession of false identification
- ☒ identity unknown

As to danger to the community:

- ☒ Defendant poses an economic danger given allegations in the criminal complaint which include obtaining funds from the accounts of individual victims by using cloned Electronic Benefit Transfer (debit) cards to access funds from the Cal Fresh and CalWORKS programs that were placed in the accounts.
- ☒ Unverified background information

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in

which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: March 3, 2023

                                           /s/
                                 ALKA SAGAR
                UNITED STATES MAGISTRATE JUDGE